AMY HARMAN BURKART (Mass Bar No. 651828)
Email: BurkartA@sec.gov
COLIN MISSETT (Mass Bar No. 706248)
Email: MissettC@sec.gov
JOY GUO (N.Y. Bar No. 5294764)
Email: GuoJ@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Telephone: (617) 573-8900
Facsimile: (617) 573-4590

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, <br><br> Plaintiff, <br><br> vs. <br><br> **YIDA GAO** and **SHIMA CAPITAL MANAGEMENT LLC**, <br><br> Defendants. | Case No. 25-cv-10200 |

## MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Pursuant to Civil Local Rule 3-12, the Commission respectfully requests that this matter be deemed related to another action pending in the District. This matter relates to the same individual Defendant and some of the same transactions as *United States v. Yida Gao*, 24-CR-00611-AMO, and the proposed resolution of this matter relates in part to the anticipated resolution of that case. As a result, it appears that it would result in an unduly burdensome duplication of labor and expense if the cases were conducted before different Judges.

DATED: November 25, 2025

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

<u>/s/Amy Harman Burkart</u>
Amy Harman Burkart
Colin Missett
Joy Guo
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
(617) 573-8900 (Main)
(617) 573-4590 (Facsimile)
burkarta@sec.gov (Burkart)